IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3105 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT EUGENE TREACLE JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of time, filing no. 25, is granted and the deadline for plaintiff to respond to defendant's motion to suppress (filing no. 19) is extended to October 17, 2008.

DATED this 8th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge