IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3105 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT EUGENE TREACLE JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter comes before the Court on the defendant's motion to continue the deadline for filing objections to Magistrate Piester's Report and Recommendation (filing 52). The Court, being fully advised in the premises, finds that said motion should be granted.

    IT IS ORDERED that the defendant shall file his objections, with supporting brief, to the Report and Recommendation (filing 50) no later than Wednesday, December 31, 2008.

December 29, 2008.

                                                BY THE COURT:
                                              s/*Richard G. Kopf*
                                              United States District Judge