IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3105 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT EUGENE TREACLE JR., | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court on the Magistrate Judge's Recommendation (filing 50) that Defendant's motion to suppress (filing 19) be denied and the objections to the Recommendation (filing 54), filed as allowed by 28 U.S.C. § 636(b)(1)(C).

    I have conducted, pursuant to 28 U.S.C. § 636(b)(1), a de novo review of the portions of the Report, Recommendation, and Order to which objections have been made. Inasmuch as Judge Piester has fully, carefully, and correctly applied the law to the facts, I need only state that the Recommendation should be adopted, Defendant's objections to the Recommendation should be denied, and Defendant's motion to suppress should be denied.

    IT IS ORDERED:

    1.    The Magistrate Judge's Recommendation (filing 50) is adopted;

    2.    Defendant's objections to the Recommendation (filing 54) are denied; and

3. Defendant's motion to suppress (filing 19) is denied.

IT IS ORDERED:

January 26, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge