IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>ROBERT EUGENE TREACLE, JR.,  )<br>                                                              )<br>                    Defendant.          ) | Case No.  4:08CR3105 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing no. 63, from March 23, 2009, for approximately 60 days.  The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial shall be continued until the 26th day of May, 2009, at 9:00 a.m.  The defendant is ordered to appear at said time.  This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from today's date until the date next set for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 10th day of March, 2009.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge